# Case Summary

Margaret Paul v. Menard, Inc.

| | |
|---|---|
| Case Number | 49D13-2007-CT-023664 |
| Court | Marion Superior Court, Civil Division 13 |
| Type | CT - Civil Tort |
| Filed | 07/16/2020 |
| Status | 07/16/2020 , Pending  (active) |

### Parties to the Case

Show all party details

Defendant Menard, Inc.
Plaintiff    Paul, Margaret

### Chronological Case Summary

07/16/2020 **Case Opened as a New Filing**

07/17/2020 **Complaint/Equivalent Pleading Filed**
Complaint for Damages
Filed By:
Paul, Margaret
File Stamp:
07/16/2020

07/17/2020 **Appearance Filed**
Appearance
For Party:
Paul, Margaret
File Stamp:
07/16/2020

07/17/2020 **Subpoena/Summons Filed**
Summons to Menard, Inc.
Filed By:
Paul, Margaret
File Stamp:
07/16/2020

08/11/2020 **Service Returned Served (E-Filing)**

# Exhibit A

| | |
|---|---|
| | Return of Service for Menard, Inc. |
| | Filed By: |
| | Paul, Margaret |
| | File Stamp: |
| | 08/11/2020 |
| 08/11/2020 | **Appearance Filed** |
| | Appearance |
| | For Party: |
| | Menard, Inc. |
| | File Stamp: |
| | 08/11/2020 |
| 08/11/2020 | **Motion for Enlargement of Time Filed** |
| | [8332777] IN Motion for Extension of Time.pdf |
| | Order .pdf |
| | Motion for extension of time |
| | Filed By: |
| | Menard, Inc. |
| | File Stamp: |
| | 08/11/2020 |
| 08/12/2020 | **Order Granting Motion for Enlargement of Time** |
| | Judicial Officer: |
| | Stewart, Ian - C |
| | Noticed: |
| | Paul, Margaret |
| | Noticed: |
| | Menard, Inc. |
| | Noticed: |
| | Olsson, Phillip Dale |
| | Noticed: |
| | Hamilton, Jessica Nicole |
| | Noticed: |
| | Pollie, Leslie B |
| | Order Signed: |
| | 08/12/2020 |
| 08/13/2020 | **Automated Paper Notice Issued to Parties** |
| | Order Granting Motion for Enlargement of Time ---- 8/12/2020 : Menard, Inc. |
| 08/13/2020 | **Automated ENotice Issued to Parties** |
| | Order Granting Motion for Enlargement of Time ---- 8/12/2020 : Jessica Nicole Hamilton;Leslie B Pollie;Phillip Dale Olsson |

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Margaret Paul<br>8417 Kennesaw Lane<br>Indianapolis, IN  46227 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Phillip Olsson #29416-53<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:       812 332-9451<br>FAX:            812 331-5321<br>Email:  philo@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

                                                 s/Phillip Olsson  
                                                Attorney-at-Law  
                                         (Attorney information shown above.)

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

MARGARET PAUL

    VS.

MENARD, INC.

## COMPLAINT FOR DAMAGES

    Comes now the plaintiff, Margaret Paul, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Menard, Inc., alleges and says:

    1.    That on or about May 18, 2019, the plaintiff, Margaret Paul, was a customer at the Menard's store located at 7140 South Emerson Avenue in Indianapolis, Marion County, Indiana.

    2.    That on or about May 18, 2019, the plaintiff, Margaret Paul, slipped and fell on the wet floor near the restroom at said location, causing the plaintiff to suffer serious injuries.

    3.    That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

    4.    That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

    5.    That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

    6.    That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

    7.    That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8. That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9. That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10. That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE


BY: *s/ Phillip Olsson*
Phillip Olsson, #29416-53
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: philo@kennunn.com


**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE

BY: *s/ Phillip Olsson*
Phillip Olsson, #29416-53
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: philo@kennunn.com

Phillip Olsson, #29416-53
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204
TELEPHONE 317 327-4740

Margaret Paul

                Plaintiff(s)

    VS.                                              No. _____

Menard, Inc.

                Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Menard, Inc., c/o The Prentice-Hall Corporation System, Inc., 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 7/17/2020

_Myla A. Eldridge_
CLERK, MARION CIRCUIT/SUPERIOR COURTS

PHILLIP OLSSON, #29416-53
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2020.

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX    By certified or registered mail with return receipt to above address.

☐    By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐    By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐    By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY: _s/ PHILLIP OLSSON_
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING:  I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this __ day of _____, 2020.

                                            _____
                                            CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2020, and that a copy of the return of receipt was received by me on the _____ day of _____, 2020, which copy is attached herewith.

                                            _____
                                            CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the __ day of _____ _, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

    Dated this __ day of _____, 2020.

                                            _____
                                            CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.

    1.    By mailing a copy of the summons and complaint personally to _____ address _____.
    2.    By delivering a copy of summons and complaint personally to _____.
    3.    By leaving a copy of the summons and complaint at _____the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____his last known address.
    4.    By serving his agent as provided by rule, statute or valid agreement to-wit:_____.
    5.    Defendant cannot be found in my bailwick and summons was not served.

    And I now return this writ this __ day of _____, 2020.

                                            _____
                                            SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

    1.    By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
    2.    By leaving on the __ day of _____, 2020 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
    3.    _____and by mailing a copy of the summons without the complaint to _____ at _____ _____the last known address of defendant(s).

    All done in MARION County, Indiana.

Fees: $_____                                _____
                                            SHERIFF or DEPUTY

**UNITED STATES POSTAL SERVICE**

Mailer: Ken Nunn Law Office

Date Produced: 07/27/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8316 8919 81. Our records indicate that this item was delivered on 07/23/2020 at 09:55 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

MENARD INC C/O THE PRENTICE-HALL CORPORATION SYSTEM INC
135 N PENNSYLVANIA ST STE 1610
INDIANAPOLIS IN 46204-2448

Customer Reference Number:     C2171031.12358064
Return Reference Number:        Margaret Paul

2

```
USPS MAIL PIECE TRACKING NUMBER:   42046204921489019403831689198 1
MAILING DATE:       07/20/2020
DELIVERED DATE:   07/23/2020
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

   MENARD INC C/O THE PRENTICE-HALL CORPORATION SYSTEM INC
   135 N PENNSYLVANIA ST STE 1610
   INDIANAPOLIS IN 46204-2448


MAIL PIECE TRACKING EVENTS:

   07/20/2020 11:26         PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM         BLOOMINGTON,IN 47404
   07/21/2020 20:31         ORIGIN ACCEPTANCE                                BLOOMINGTON,IN 47404
   07/21/2020 21:46         PROCESSED THROUGH USPS FACILITY                  INDIANAPOLIS,IN 46206
   07/22/2020 03:06         PROCESSED THROUGH USPS FACILITY                  INDIANAPOLIS,IN 46206
   07/23/2020 06:32         ARRIVAL AT UNIT                                  INDIANAPOLIS,IN 46204
   07/23/2020 07:10         OUT FOR DELIVERY                                 INDIANAPOLIS,IN 46204
   07/23/2020 09:55         DELIVERED INDIVIDUAL PICKED UP AT USPS           INDIANAPOLIS,IN 46204
```

STATE OF INDIANA            IN THE MARION SUPERIOR COURT 13

COUNTY OF MARION

MARGARET PAUL,

      Plaintiff,

v.                                  CAUSE NO.: 49D13-2007-CT-023664

MENARD, INC.,

      Defendant.

### E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

    Party Classification: Initiating:_____ Responding: __X__ Intervening: _____

1. The undersigned attorney appears in this case for the following party member:

**Menard, Inc.**

2. Attorney information for service as required by Trial Rule 5(B)(2):

| | | |
|---|---|---|
| Jessica N. Hamilton | Atty. No. | 34268-71 |
| KOPKA PINKUS DOLIN PC | Telephone: | (317) 818-1360 |
| 550 Congressional Boulevard | Facsimile: | (317) 818-1390 |
| Suite 310 | Email: | jnhamilton@kopkalaw.com |
| Carmel, IN 46032 | | |
| | | |
| Leslie B. Pollie | Atty. No. | 25716-49 |
| KOPKA PINKUS DOLIN PC | Telephone: | (317) 818-1360 |
| 550 Congressional Boulevard | Facsimile: | (317) 818-1390 |
| Suite 310 | Email: | lbpollie@kopkalaw.com |
| Carmel, IN 46032 | | |

**IMPORTANT:** Each attorney specified on this Appearance:

    (a)    certified that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

    (b)    acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email addresses specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

1

|     |     |     |
| --- | --- | --- |
|     | (c) | understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A). |

3.  Case Type requested under Administrative Rule 8(b)(3):  **CT**

4.  I will accept service by fax at the above noted number:  **No**

    I will accept service by email at the above noted address:  **Yes**

5.  This case involves child support issues:  **No**

6.  This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  **No**

7.  This case involves a petition for involuntary commitment:  **No**

8.  Are there related cases:  **No**

9.  Additional information required by local rule:  **No**

10. Are there other party members:  **No**

11. This form has been served on all other parties and a Certificate of Service is attached.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By:  ___*/s/ Jessica N. Hamilton*___
       Jessica N. Hamilton (#34268-71)
       Attorney for Defendant

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel: (317) 818-1360
Fax: (317) 818-1390
Email: jnhamilton@kopkalaw.com

2

<u>CERTIFICATE OF SERVICE</u>

  I certify that on the 11 th day of August 2020, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein using the Indiana E-Filing System (IEFS) and/or by depositing same in the United States mail in envelopes properly addressed to each of them and with sufficient first-class postage affixed.

                     */s/ Jessica N. Hamilton*
                     Jessica N. Hamilton

3

| | |
|---|---|
| STATE OF INDIANA | IN THE MARION SUPERIOR COURT 13 |
| COUNTY OF MARION | |
| MARGARET PAUL, | |
| Plaintiff, | |
| vs. | CAUSE NO: 49D13-2007-CT-023664 |
| MENARD, INC., | |
| Defendant. | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

COME NOW the Defendant, MENARD, INC., by counsel, Jessica N. Hamilton, of KOPKA PINKUS DOLIN PC, and would respectfully move the Court for an extension of time to respond to the Plaintiff's Complaint, pursuant to Ind. Trial Rule 6(B)(1), and would show the Court:

1. Defendant's Answer is due on or before August 13, 2020.

2. That no prior extensions have been requested.

3. That said extension of time would expire on September 13, 2020.

4. That such extension of time is necessary for Defendant's attorney to properly investigate the allegations in the Plaintiff's Complaint in order to adequately respond to the Plaintiff's Complaint.

**WHEREFORE**, Defendant would respectfully pray for an extension of time to respond to the Plaintiff's Complaint for Damages, and for all other just and proper relief in the premises.

«document_number»

        Respectfully Submitted,

        KOPKA PINKUS DOLIN PC

        By:   */s/ Jessica N. Hamilton*
        Jessica N. Hamilton (#34268-71)
        Attorney for Defendant

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:   (317) 818-1360
Fax:   (317) 818-1390
Email: jnhamilton@kopkalaw.com

## CERTIFICATE OF SERVICE

    I do hereby certify that a copy of the foregoing has been duly served upon all persons listed below, using the Indiana E-Filing System (IEFS) and/or by United States mail, first-class postage prepaid, on this 11th day of August, 2020.

        */s/ Jessica N. Hamilton*
        Jessica N. Hamilton

«document_number»

| | |
|---|---|
| STATE OF INDIANA | IN THE MARION SUPERIOR COURT 13 |
| COUNTY OF MARION | SITTING AT INDIANAPOLIS |
| MARGARET PAUL, | |
| Plaintiff(s), | |
| vs. | CAUSE NO: 49D13-2007-CT-023664 |
| MENARD, INC., | |
| Defendant(s). | |

**ORDER ON DEFENDANT'S**
**MOTION FOR EXTENSION OF TIME**

THE COURT, being duly advised in the premises, now GRANTS Defendant's Motion for Extension of Time to answer Plaintiff's Complaint, up to, and including September 13, 2020.

SO ORDERED THIS ____ DAY OF _____**August 12, 2020**_____, 2020.

_____
JUDGE, Marion Superior Court 13

Distribution to:

Phillip Olsson
Jessica N. Hamilton

16